UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERICA LAUREN CARTER BENTLEY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:11-CV-604-F |
| ) | |
| NC DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES VITAL RECORDS, ) | |
| LINDA BRINKLEY, SCROGGINS, ) | |
| CHARLOTTE-MECKLENBURG POLICE ) | |
| DEPARTMENT, A. SMEREKA, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the Plaintiff's Motion for Leave to Proceed in forma pauperis and on the Memorandum and Recommendation of United States Magistrate Judge William A. Webb.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS IN PART AND MODIFIES IN PART Judge Webb's Memorandum and Recommendation. The Clerk of Court is directed to CLOSE this case.

**This Judgment Filed and Entered on December 2, 2011 and Copies To:**

Erica Lauren Carter Bentley (via US Mail) 1201 Gifford Drive, Matthews, NC 28105


DATE                          DENNIS P. IAVARONE, CLERK
December 2, 2011                /s/ Susan K. Edwards
                              (By) Susan K. Edwards, Deputy Clerk